# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ZACH HILLESHEIM,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>BNA PROPERTIES, LLC,<br><br>　　　　　　Defendant. | 8:18CV517<br><br>JUDGMENT |

In accordance with the Memorandum and Order of this date,

IT IS ORDERED:

(1)　The Motion for Entry of Judgment Against Defendant, ECF No. 24, filed by Defendant BNA Properties, LLC, is granted as follows:

　　(a)　The Court declares that the property owned by Defendant BNA Properties, LLC, located at 9625 Redick Avenue in Omaha, Nebraska, is in violation of 42 U.S.C. § 12182(b)(2)(A)(iv);

　　(b)　Defendant BNA Properties, LLC, is ordered to remedy the architectural barriers referenced in Plaintiff Zach Hillesheim's Complaint, ECF No. 1, on or before August 15, 2019.

Dated this 18th day of June 2019.

　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　Senior United States District Judge