**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| ZACH HILLESHEIM, | ) | |
| | ) | Case No. 8:18-cv-00517 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF SETTLEMENT** |
| | ) | |
| BNA PROPERTIES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant BNA Properties, LLC, by and through the undersigned counsel, hereby notifies the Court that this matter has been settled pending finalization of settlement documentation.

DATED this 12th day of July 2019.

                                               **BNA Properties, LLC**,
                                               Defendant,

                    By:     */s/Patrick T. Vint*
                                 Patrick T. Vint, NE No. 26176
                                 WOODS & AITKEN LLP
                                 10250 Regency Circle, Suite 525
                                 Omaha, Nebraska 68114
                                 Telephone: 402-898-7400
                                 Facsimile: 402-898-7401
                                 pvint@woodsaitken.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 12th day of July 2019, the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system, which sent notice of such filing to all counsel of record.

                                               */s/Patrick T. Vint*
                                               Patrick T. Vint, NE No. 26176